```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE COMPLAINT

    -of-

MILLER'S TUG AND BARGE, INC., et al.,

                    Plaintiffs,

    -against-

JOHN MCLOUGHLIN, et al.,

                    Claimants.

20-CV-562 (ALC) (BCM)

IN THE MATTER OF THE COMPLAINT

    -of-

TAPPAN ZEE CONSTRUCTORS, LLC, AS
OWNER OF THE BARGE FF#14 FOR
EXONERATION FROM OR LIMITATION
OF LIABILITY,

                   Plaintiff-Petitioner.

20-CV-2657 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during the December 9, 2020 conference, it is hereby ORDERED that Judge Moses will conduct a further telephonic status and scheduling conference on **February 16, 2021 at 10:00 a.m**. At that time, the parties are directed to dial **(888) 557-8511** and enter the access code **7746387**. Prior to the conference, and no later than **February 9, 2021**, the parties shall submit a joint status letter updating the Court as to the status of discovery to date, proposing a modified case management schedule to govern the remainder of discovery and other pretrial proceedings, and appending a form of Revised Case Management Order for the Court's consideration. If the parties disagree as to scheduling matters, they shall note those disagreements on the face of the appended form of order and discuss them – succinctly – in the joint letter.

Between now and then, the parties shall (1) substantially complete their production of documents in response to extant discovery requests; (2) conduct the (remote) deposition of John McLoughlin on a mutually convenient date in early January 2021; and (3) conduct the (remote) depositions of witnesses affiliated with Miller's Tug and Barge, Inc. and Miller's Marine Inc. on mutually convenient dates in January or early February 2021. Nothing in this Order precludes the parties from conducting depositions of other party or non-party witnesses by mutual consent. However, the depositions of witnesses affiliated with Tappan Zee Constructors, LLC and Ballard Marine Construction, LLC, shall await the substantial completion of document production by both of these parties or further order of the Court.

Dated: New York, New York
       December 9, 2020

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**