USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE COMPLAINT

-of-

MILLER'S TUG AND BARGE, INC., et al.,

                Petitioners,

-against-

JOHN MCLOUGHLIN, et al.,

                Claimants.

20-CV-562 (ALC) (BCM)

IN THE MATTER OF THE COMPLAINT

-of-

TAPPAN ZEE CONSTRUCTORS, LLC, AS OWNER OF THE BARGE FF#14 FOR EXONERATION FROM OR LIMITATION OF LIABILITY,

                Plaintiff-Petitioner.

20-CV-2657 (ALC) (BCM)

**ORDER AUTHORIZING MOTION TO COMPEL AND FOR SANCTIONS**

**BARBARA MOSES, United States Magistrate Judge.**

    Claimants John McLoughlin and Nikki McLoughlin (the McLoughlins) having served a subpoena duces tecum on non-party Robishaw Engineering Inc. (Robishaw); and

    Robishaw having not, to date, produced responsive documents;

    It is hereby ORDERED that:

    If by **March 1, 2021**, Robishaw has failed to produce documents in response to the subpoena, the McLoughlins may serve on Robishaw and file with the Court a motion or letter-motion seeking an order compelling such production pursuant to Fed. R. Civ. P. 45(g), together with appropriate sanctions for noncompliance.

Dated: New York, New York
       February 16, 2021

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**