UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br><br>-of-<br><br>MILLER'S TUG AND BARGE, INC., et al.,<br>      Petitioners,<br><br>-against-<br><br>JOHN MCLOUGHLIN, et al.,<br>      Claimants. | 20-CV-562 (ALC) (BCM) |
| IN THE MATTER OF THE COMPLAINT<br><br>-of-<br><br>TAPPAN ZEE CONSTRUCTORS, LLC, AS OWNER OF THE BARGE FF#14 FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br>      Plaintiff-Petitioner. | 20-CV-2657 (ALC) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

  For the reasons stated on the record during today's telephonic status conference, it is hereby ORDERED that the Court will conduct a further telephonic status conference on **June 21, 2021, at 10:00 a.m.** At that time, the parties are directed to call (888) 557-8511 and enter the access code 7746387. No later than **June 14, 2021**, the parties shall file a joint letter, updating the Court on the status of discovery.

Dated: New York, New York
    April 19, 2021

                **SO ORDERED**.

                _____
                **BARBARA MOSES**
                **United States Magistrate Judge**