UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br>-of-<br>MILLER'S TUG AND BARGE, INC., et al.,<br>                          Petitioners,<br>-against-<br>JOHN MCLOUGHLIN, et al.,<br>                          Claimants. | 20-CV-562 (ALC) (BCM)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 6/21/21 |
| IN THE MATTER OF THE COMPLAINT<br>-of-<br>TAPPAN ZEE CONSTRUCTORS, LLC, AS OWNER OF THE BARGE FF#14 FOR EXONERATION FROM OR LIMITATION OF LIABILITY,<br>                          Plaintiff-Petitioner. | 20-CV-2657 (ALC) (BCM)<br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's telephonic status conference, it is hereby ORDERED that:

1. In light of improving public health conditions, subparagraph (a) of paragraph 10 of the Court's Corrected Revised Case Management Order dated February 17, 2021 (February 17 Order) (Dkt. No. 37) is rescinded. Unless the Court orders otherwise, all court proceedings will take place in Room 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties should review the Courthouse's COVID-19 rules, located at https://www.nysd.uscourts.gov/covid-19-coronavirus, prior to each in person proceeding. Subparagraph (b) of paragraph 10, with regard to remote depositions, will remain in effect.

2. The discovery deadlines set forth in the February 17 Order remain in effect, except that Tappan Zee Constructors, LLC shall have until **July 30, 2021**, to substantially complete its production (including any accompanying privilege log) to the discovery demands served on it by plaintiff in May and June, 2021.

3. The Court will conduct a further status conference on **August 10, 2021, at 8:30 a.m.** No later than **August 3, 2021**, the parties shall file a joint letter joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

Dated: New York, New York
June 21, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**