# HOFMANN & SCHWEITZER

COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY
212 West 35th Street, 12th Floor
NEW YORK, NY 10001
Telephone: (212) 465-8840
Fax: (212) 465-8849
Fax: (844) 570-8674

E-MAIL: INFO@HOFMANNLAWFIRM.COM
WEB PAGE: WWW.HOFMANNLAWFIRM.COM

PAUL T. HOFMANN*
TIMOTHY F. SCHWEITZER*
_____
DARIO ANTHONY CHINIGO*

*Also Admitted in NJ

NEW JERSEY OFFICE:
1130 ROUTE 202 SOUTH, SUITE A7
RARITAN, NJ 08869
(908) 393-5662

Writer's Email:
paulhofmann@hofmannlawfirm.com

**MEMO ENDORSED**

August 3, 2021

> Application GRANTED. The parties shall file their joint-status letter no later than **August 4, 2021.** SO ORDERED.
>
> Barbara Moses
> United States Magistrate Judge
> August 4, 2021

Magistrate Judge Barbara Moses
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   In the Matter of the Complaint of Miller's Tug and Barge, Inc., et al.,
20 Civ. 562 (ALC)(BCM)

In the Matter of the Complaint of Tappan Zee Constructors, LLC
20 Civ. 2657 (ALC)(BCM)

Dear Magistrate Judge Moses:

Our office represents the claimants, John and Nikki McLoughlin, in these matters. The purpose of this letter is to request a one-day extension on the time for filing a status letter preliminary to the conference to be held before you on August 10 at 8:30 a.m.

Counsel have been busy analyzing their files in order to file a comprehensive status letter. Further, some counsel are attending a detailed engineering inspection of the remnants of the spud wire that failed on the dive barge, permitting the spud to fall, the result of which ejected steel projectiles, one of which nearly amputated my client's leg. The engineering inspection is expected to last most of the day, and the parties want to include in the status letter information related to it, and how analysis and production of the results will affect the timing of ongoing discovery.

Kindly let us know if the court approves the one day extension.

Respectfully yours,

HOFMANN & SCHWEITZER

By: Paul T. Hofmann

PTH/gh

c:   All counsel via ECF