```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE COMPLAINT

-of-

MILLER'S TUG AND BARGE, INC., et al.,

    Petitioners,

-against-

JOHN MCLOUGHLIN, et al.,

    Claimants.

20-CV-562 (ALC) (BCM)

IN THE MATTER OF THE COMPLAINT

-of-

TAPPAN ZEE CONSTRUCTORS, LLC, AS OWNER OF THE BARGE FF#14 FOR EXONERATION FROM OR LIMITATION OF LIABILITY,

    Plaintiff-Petitioner.

20-CV-2657 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed at the December 9, 2021 status conference, it is hereby ORDERED:

1. <u>Deposition of Todd Horner</u>. Mr. Horner shall be produced for the completion of his deposition on a date in January 2022 that is reasonably convenient to the witness and to counsel for all parties. TZC shall complete its examination of Mr. Horner in no more than 90 minutes.

2. <u>Status Conference</u>. Judge Moses will conduct a status conference on **April 18, 2022, at 10:00 a.m.**, in courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than **April 11, 2022**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

Dated: New York, New York
       December 10, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**